

RUBY-WVU
1 STADIUM DRIVE
MORGANTOWN WV 26505-0897

Richardson, Dustin B
MRN: E2558732, DOB: 6/23/1983, Sex: M
Adm 10/6/2021, D/C 10/14/2021

## 10/06/2021 - Admission (Discharged) in Ruby 6 East (continued)

**Progress Note (continued)**

